In THE United States
District Court For the
Southern District Court

Mr. LaTorrence Newman
 Plaintiff

 V

Officer Marfo et al
Defendant

Civil suit 4:19-cv-00352
Motion For Appointment of
Counsel

United States Courts
Southern District of Texas
FILED

JAN 27 2021

Nathan Ochsner, Clerk of Court

Pursuant to 28 U.S.C. § 1915 (e)(1) Plaintiff (or Plaintiffs moves For an order appointing Counsel to represent him in this case. In support of this motion, Plaintiff states:

1.) Plaintiff is unable to afford Counsel. He has requested leave to Proceed in Forma Pauperis.

2.) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff Due to Cov-19 Procedure in T.D.C.S Wynne Unit has limited access to the Law library and limited knowledge of law as far as being limited to what I can do if the courts deciede to go to the next level.

3.) A trial in this case will likely be to where the Defendents will keep advoiding the Truth conflicting testimonys with lies, and counsel would better enable Plaintiff to Present evidence and cross examine witnesses.

4.) Plaintiff has made repeated efforts to obtain a Lawyer
    Greeno v. Daley, 414 F.3d 645 (7th Cir. 2005)
This isn't Personal toward the Judge But more of an Plea that the help of an Lawyer should be Admitted. Montgonery v. Pinchak, 294 F.3d 492, 499 (3d cir 2002) Due to I have an high level of Anxiety in complex Situations like this one because of the Plague of the United States of America and thats "Conditioned Racism". Farmer v. Haas, 990 F.2d 319, 322 (7th cir 1993)

1

Wherefore, Plaintiff request that the court appoint a Pro Se Lawyer or Counsel in this case.

Date 1-20-21

Mr. LaTorrence T. Newman #2030330
    Wynne Unit    (C1-3-15B)
810 FM 2821
Huntsville Texas 77349

MR. LAToRRance Newman #2030330
Wynne Unit
810 FM 2821  (C1-3-15B)
Huntsville, TX 77349

United States Courts
Southern District of Texas
FILED

JAN 27 2021

Nathan Ochsner, Clerk of Court