United States District Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LATORRENCE TORELL NEWMAN, TDCJ #2030330, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. H-19-352 |
| OFFICER MARFO, *et al*., | § § | |
| Defendants. | § § | |

## AMENDED ORDER APPOINTING COUNSEL

The plaintiff, LaTorrence Torell Newman, filed this civil action under 42 U.S.C. § 1983, alleging violations of the First Amendment while he was incarcerated by the Texas Department of Criminal Justice – Correctional Institutions Division. The remaining defendant is Lieutenant Reid. (Dkt. # 99). On August 31, 2021, the court granted Newman's request for appointment of counsel and stayed this case until a volunteer could be located. (Dkt. #100).

The court appoints the following attorneys who have volunteered to represent the plaintiff:

BRYAN ROHM, KEVIN CLARK, TAN PHAM
TotalEnergies American Services, Inc.
1201 Louisiana Street, Suite 1800
Houston, Texas 77002
Tel:  (713) 838-6243
bryan.rohm@totalenergies.com
kevin.clark@totalenergies.com
tan.pham@totalenergies.com

CHRISTOPHER PORTER AND KATHRYN HUTCHINS
Quinn Emanuel Urquhart & Sullivan LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Tel: (713) 221-7000
kathrynhutchins@quinnemanuel.com

This appointment shall remain in effect until the case terminates in a final judgment or substitute counsel is appointed. The plaintiff is advised that, until the appointment of counsel is terminated, the court will accept pleadings, motions, and correspondence from counsel only. The plaintiff is further advised to communicate respectfully and to cooperate with counsel to the best of his ability.

Counsel appointed for plaintiff is directed to file a notice of appearance within **ten days** of the date of this order. Any attorney not previously admitted to practice in the Southern District of Texas must also file a motion to proceed pro hac vice. Counsel is further directed to contact the Clerk's Office for copies of the relevant pleadings in this case. Once counsel for plaintiff has filed a notice of appearance, the court will issue a separate order setting this case for a pretrial conference.

Counsel for the defendants, who are represented by the State Attorney General's Office, is directed to provide plaintiff's appointed counsel with copies of all discovery exchanged previously in this case within **thirty days** and to assist plaintiff's counsel, if necessary, with contacting the plaintiff either in person or by telephone at the Wynne Unit in Huntsville, where the plaintiff is presently confined.

The Clerk will provide a copy of this order to the parties of record. The Clerk shall further provide a copy of this order to plaintiff's appointed counsel by electronic mail and by certified mail, return receipt requested.

SIGNED on October 20, 2021, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge