UNITED States District Court
Southern District of TEXAS
Houston Division

United States Courts
Southern District of Texas
FILED

NOV 17 2021

Nathan Ochsner, Clerk of Court

MR. LaTorrence TORRELL NEWMAN
  Plaintiff

VS.

  Officer MARFO, et al.,
    Defendants,

Civil Action No. H-19-352

### Request to Overturn disciplinary civil case

Hello" Chief UNITED States District Judge MR. Lee H. Rosenthal
  I do First thank You For the AKnowledgement of, I the Pro se'
MR. LaTorrence Newman in ReGards to the Commendable Job I
have done but, trust Law were Complicated "thou" began to
become Quite Interesting "So Thank You aGain For the Complement.
  I am requesting that the Threatning an Officer case is Immediatly
  Overturned because Summary Judgement were Denied In the
  Defendants attempts," As Officer Phedelia MARFO wrote the case
  Initially because, I had an Religious beard that were Only an
  Goat-tee. THE whole Issue of the case and, suit have became an
  Related Injury. Officer Lori G. Simpson and Major Roger L. Boyd
  were dropped some time ago and an order were sent to me
  In which clearly Established SerGant Joshua T. Reid as an violater
  of My 1st amendment Constitutional Right by Making me cut my
  Religious beard off because I only have an Goat-tee," Still He
  Continue's the tone In which the suit were First Started From,

An entry from the Courts to Expunge the case, as I wait on an volunteer Lawyer from the courts could help me make Parole as this has been used to set me off three times since 2019. In Legal terms the fact that the Initial case that brought this suit to be," has been a Entry that has reduced my chances to make Parole <u>Sibron v. New York 392 U.S. 40 55 (1968)</u>

Along with the fact that my witness that were called to the hearing by me," said on Tale that he wasn't even there," Should have been Questioned by Captain Panzy but, wasn't Showed an clear established Pattern of coercement between officials, as if an Oath weather right or wrong," Not to treat fairly the one In white. His truthfull testimony would have helped me. but, Instead I were sentenced to time In Solitary and an Loss of 300 days Good time." even thou I've never had any affilliation with any Groups and, No disciplinary my line class were also dropped to L1 From an G2-S3 My Law Book says the courts held that," if this is true," which again has been Aknowledge by the courts through the Last order," It would mean that the disciplinary results would have to be reversed and, My Good time credits would have to be Given back, and My disciplinary conviction has already been overturned. I Now have my G2-S3 Status back but the Threatning an officer case From <u>Officer Phidelia Marfo</u> still Lingers Creating an Related Injury because again today 11-10-21 I've received another Set-off <u>Edwards v. Balisok, 520 U.S. 641 (1997)</u>
Pleas Consider for this is true, I only seek to do right as I apply to Paralega

Mr. LaTorrence Newman  At Blackstone Academy
Wynne (C2-2-12B)
810 FM 2821
Huntsville, TX 77349

